UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS RAMON QUIROS-RODRIGUEZ,<br><br>　　　　　　Defendant. | Case No. MJ22-101<br><br>DETENTION ORDER |

　　　Mr. Quiros-Rodriguez is charged with possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2. The Court held a detention hearing on March 16, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　　1.　　There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

　　　2.　　Mr. Quiros-Rodriguez stipulated to detention.

　　　3.　　Mr. Quiros-Rodriguez poses a risk of nonappearance due to his apparent lack of immigration status, his prior deportation, and, because he was not interviewed, his current circumstances are unknown. Mr. Quiros-Rodriguez poses a risk of danger

DETENTION ORDER - 1

due to the nature of the offense and his prior criminal record. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Quiros-Rodriguez's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Quiros-Rodriguez as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Quiros-Rodriguez shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Quiros-Rodriguez shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Quiros-Rodriguez is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 17th day of March, 2022.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge