Hon. John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-47 JHC |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| CARLOS RAMON QUIROS-RODRIGUEZ, and<br>NOE VALENZUELA-ESPINOZA, | |
| Defendants. | |

This matter comes before the Court on the Stipulated Motion for Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Produced Subject to a Protective Order," may be produced to counsel for the Defendants in this case.

//

PROTECTIVE ORDER / CR22-47 JHC
*United States v. Quiros-Rodriguez, et al.* - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorneys of record in this case and their staff, and to any investigators, expert witnesses, and other agents the attorneys of record retain in connection with this case, collectively referred to as "the defense team." The attorneys of record, and their investigators, expert witnesses, and other agents may review Protected Material with each Defendant. Each defendant may inspect and review Protected Material, but shall not be allowed to possess, photograph, or record Protected Material or otherwise retain Protected Material or copies thereof.

IT IS FURTHER ORDERED that defense counsel shall not provide Protected Material, or copies thereof, to any other person who is not a member of the defense team, including the defendants or their family or associates. Any Protected Material sent to the Federal Detention Center (FDC) must be sent with the designation as Protected so that the FDC may maintain all copies for each defendant's review in the Education Law Library.

IT IS HEREBY FURTHER ORDERED that the defendants, defense counsel, and others to whom disclosure of the content of the Protected Material may be necessary to assist with the preparation of the defense, shall not disclose the Protected Material or its contents, other than as necessary for the preparation of defenses at trial and in subsequent appellate proceedings, if necessary.

IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any documents marked as Protected Material, the material shall be filed under seal with the Court.

Nothing in this Protective Order prohibits defense counsel from showing the Protected Material, or reviewing its contents, with each defendant or with others to whom disclosure may be necessary to assist with the preparation of the defense at trial and in subsequent appellate proceedings, if necessary.

Nothing in this Protective Order prohibits defense counsel from disputing the designation of material as Protected Material and, if agreement cannot be reached between the parties, to seeking a determination by this Court.

//

PROTECTIVE ORDER/ CR22-47 JHC
*United States v. Quiros-Rodriguez, et al.* - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

At the conclusion of the case, the Protected Material shall be returned to the United States, or destroyed, or otherwise stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

DATED this 21st day of April, 2022.

_____
HON. JOHN H. CHUN
United States District Judge

Presented by:

/s/ Max B. Shiner
MAX B. SHINER
Assistant United States Attorney

PROTECTIVE ORDER / CR22-47 JHC
*United States v. Quiros-Rodriguez, et al.* - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800