Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CARLOS RAMON QUIROS-RODRIGUEZ and<br><br>NOE VALENZUELA-ESPINOZA,<br><br>                Defendants. | NO.  CR22-0047JHC<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTION DEADLINE |

THIS COURT has considered the unopposed motion to continue trial date and pretrial motion deadline in this matter and finds that:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses and gather evidence material to the defense; and

(b) A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice; and

Order Granting Motion to Continue Trial
& Pretrial Motions Deadline -1
*USA v. Noe Valenzuela-Espinoza,*
2:22-cr-00047-JHC

Hart Jarvis Murray Chang PLLC
155 NE 100th Street, Ste. 210
Seattle, WA 98125
(206) 735-7474

(c) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial; and

(d) All these findings are made within the meaning of 18 USC §3161(h)(7)(A) and (B)(i) and (iv); and

(e) The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 USC §3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

The trial in this matter is continued to October 17, 2022.

Pretrial motions are due no later than September 7, 2022.

DONE this 12th day of May, 2022.

_____
HON. JOHN H. CHUN
United States District Court Judge

Order Granting Motion to Continue Trial
& Pretrial Motions Deadline -2
*USA v. Noe Valenzuela-Espinoza,*
*2:22-cr-00047-JHC*

Hart Jarvis Murray Chang PLLC
155 NE 100th Street, Ste. 210
Seattle, WA 98125
(206) 735-7474