The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS QUIROS-RODRIGUEZ, JAIRO ELENES-LUGO, ERUBIEL ALBERTO FELIX-CARDOZA,<br><br>Defendants. | No. CR22-047 JHC<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court upon Defendant Carlos Quiros-Rodriguez's motion to for a continuance of the trial and the pretrial motions due date (Dkt. # 62), Defendant Erubial Alberto Felix-Cardoza's notice of joinder (Dkt. # 64), and Defendant Jairo Elenes-Lugo's notice of joinder (Dkt. # 67).  The Court has considered the facts set forth in the motion and the records and files herein, and FINDS as follows:

1.  That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation and that these factors outweigh the best interests of the public and defendant in a speedy trial.

2.  A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE
(*Carlos Quiros-Rodriguez*; No. CR22-047 JHC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial.  All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued to May 22, 2023 and that the pretrial motions deadline is reset to April 13, 2023.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE THIS 30th day of September, 2022.

John H. Chun
United States District Judge

Respectfully submitted,

BLACK & ASKEROV, PLLC

Christopher Black
Attorney for Carlos Quiros-Rodriguez

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE
(*Carlos Quiros-Rodriguez*; No. CR22-047 JHC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401